UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE AUSTIN,

          Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C23-5185 RSM

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS AND FOR AN EXTENSION OF TIME TO FILE ANSWER**

    Defendant filed a motion to dismiss Plaintiff's complaint on May 8, 2023, based on Plaintiff's failure to timely file her complaint. *See* Dkt. 8. Defendant now files the instant motion to withdraw the Motion to Dismiss because Plaintiff provided the Commissioner with her Request For Extension of Time to File in Federal Court, thus showing her complaint was timely filed. *See* Dkt. 9. In light of these circumstances, and given that Plaintiff's counsel has no opposition, the Court hereby **GRANTS** Defendant's motion (Dkt. 9) to withdraw his Motion to Dismiss (Dkt. 8). The Court also **GRANTS** Defendant's request for an extension of time to file the Administrative Record (AR). Defendant shall file the AR on or before May 26, 2023.

    DATED this 23rd day of May, 2023.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
TO WITHDRAW MOTION TO DISMISS
AND FOR AN EXTENSION OF TIME TO
FILE ANSWER - 1