UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE AUSTIN,

                Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-5185 RSM

**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER**

      This matter is before the Court on Plaintiff's motion to extend the parties' briefing schedule by 50 days. Dkt. 13. Plaintiff states an extension of time is needed to prepare the opening brief because Plaintiff's counsel "has an unusually heavy hearing and briefing schedule." *Id*. at 1.

      The Court makes great efforts to ensure that social security cases are resolved in a timely fashion, and Plaintiff's counsel's inability to manage her workload is not good cause to delay this case. The Court therefore DENIES Plaintiff's request for a 50-day extension and instead GRANTS Plaintiff a 30-day extension to file the opening brief. The Court advises counsel that her inability to manage her workload will not be sufficient grounds for further extensions of time.

      Accordingly, it is hereby ORDERED that the Scheduling Order (Dkt. 12) is amended as follows:

ORDER GRANTING IN PART PLAINTIFF'S
MOTION TO AMEND THE SCHEDULING
ORDER - 1

- Plaintiff's Opening Brief is due on or before July 29, 2023.
- Defendant's Responsive Brief is due on or before August 28, 2023.
- Plaintiff's Optional Reply Brief is due on or before September 11, 2023.

DATED this 21st day of June, 2023.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING IN PART PLAINTIFF'S
MOTION TO AMEND THE SCHEDULING
ORDER - 2