UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE AUSTIN,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-5185 RSM

**ORDER AMENDING SCHEDULING ORDER**

Based on Plaintiff's motion to extend the deadline to file the Opening Brief, and that Defendant's counsel has no opposition, it is hereby ORDERED that Plaintiff shall have up to and including August 1, 2023 to file the Opening Brief. To avoid prejudice to Defendant, the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including August 31, 2023 to file the Responsive Brief, and
- Plaintiff shall have up to and including September 14, 2023 to file the Optional Reply Brief.

DATED this 31st day of July, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1