UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE AUSTIN,

                   Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

Case No. C23-5185 RSM

**ORDER AMENDING
SCHEDULING ORDER**

      Based on Defendant's Motion to Amend the Scheduling Order, with no opposition from Plaintiff's Counsel, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including October 5, 2023, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including October 19, 2023, to file the optional reply brief.

      DATED this 31st day of August, 2023.

Ricardo S. Martinez
United States District Judge